1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAIL TIMMONS,

              Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

CASE NO. C14-5471 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

13
14
15
16
17

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 25. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

18

    (1)    The R&R is **ADOPTED**; and

19
20

    (2)    Plaintiff is granted attorney fees in the amount of $6,519.06 and expenses in the amount of $22.76.

21
22

    (3)    Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to

ORDER - 1

1  Plaintiff's attorney Laura Beth Waller at the following address: Dellert Baird Law

2  Offices, PLLC, P.O. Box 3757, Silverdale, WA 98383.

3         (4)    After the Court issues this Order, Defendant will consider the matter of

4  Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to

5  *Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and

6  expenses are subject to any offset allowed under the Treasury Offset Program. Defendant

7  agrees to contact the Department of Treasury after this Order is entered to determine

8  whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA

9  attorney fees and expenses are not subject to any offset, those fees and expenses will be

10 paid directly to plaintiff's attorney, either by direct deposit or by check payable to him

11 and mailed to his address.

12        Dated this 8th day September, 2015.

13

14                                      _____
                                        BENJAMIN H. SETTLE
15                                      United States District Judge